### 15077.   KNIGHTS OF THE KU KLUX KLAN *v.* TERRELL.

STEPHENS, J.   This being a suit to recover attorney's fees for services alleged to have been performed by the plaintiff for the defendant, and the petition as amended alleging a contract made by the plaintiff with the defendant's authorized agent, and that in the performance by the plaintiff of his alleged obligations under the contract certain particularly described services of a certain alleged value were rendered by him to the defendant and accepted by the defendant, a cause of action was set out, and the trial judge therefore did not err in overruling the demurrers to the petition.

*Judgment affirmed.   Jenkins, P. J., and Bell, J., concur.*

DECIDED JULY 14, 1924.

Complaint; from Fulton superior court—Judge Bell.   September 12, 1923.

*Etheridge, Sams & Etheridge,* for plaintiff in error.

*W. H. Terrell,* contra.